# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NIGEL SYKES, | § | |
| | § | No. 35, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1012000026 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 31, 2017
Decided: February 23, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 23rd day of February 2017, it appears to the Court that:

(1)    On January 19, 2017, the Court received the appellant's notice of appeal from a Superior Court Commissioner's denial of his motion for reconsideration. The Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from a Superior Court Comissioner's order.

(2)    This appeal is subject to dismissal because the appellant's response to the notice to show cause was not filed within the required ten-day period.[1] Even if

---

[1] Supr. Ct. R. 3(b)(2); Supr. Ct. R. 29(b).

the response to the notice to show cause was timely filed, the response does not address this Court's lack of jurisdiction. In the absence of intermediate review by a Superior Court judge, this Court has no jurisdiction to hear an appeal directly from a Superior Court commissioner's decision.[2] Accordingly, this appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

Justice

---

[2] *Kostyshyn v. City of Wilmington*, 2013 WL 4716069, at *1 (Del. Aug. 29, 2013) (citing *Johnson v. State*, 884 A.2d 475, 479 (Del. 2005)).

2